1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3680
7     Facsimile:  (510) 637-3724
      E-Mail:     James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

                 UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                       OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00903 SBA |
| Plaintiff, | ) ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 31, 2009 |
| v. | ) ) | AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| JUAN ANTONIO GARCIA, | ) ) | Date:     March 3, 2009 |
| Defendant. | ) ) ) | Time:     9:00 a.m. Court:    Hon. Saundra Brown Armstrong |

   The above-captioned matter is set on March 3, 2009 before this Court for a status hearing. The parties request that this Court continue the hearing to March 31, 2009 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and March 31, 2009.

   The government produced discovery to counsel for defendant between December 4, 2008 and January 14, 2009. The government will produce additional discovery on or about Monday, March 2, 2009. Defense counsel needs additional time to review the discovery that has been produced and that will be produced, and to investigate this matter. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant

STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 31, 2009 AND TO EXCLUDE TIME
No. CR-08-00903 SBA

1  in a speedy trial.  Therefore, the parties further stipulate and request that the Court exclude time
2  between the date of this stipulation and March 31, 2009 under the Speedy Trial Act for effective
3  preparation of counsel and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

5  DATED: February 26, 2009

8  _____/s/_____          _____/s/_____
   JAMES C. MANN                                     LINDA FULLERTON
   Assistant United States Attorney                  Counsel for Juan Antonio Garcia
9  Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 31, 2009 AND TO EXCLUDE TIME
No. CR-08-00903 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00903 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 31, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| JUAN ANTONIO GARCIA, | ) ) | |
| Defendant. | ) ) ) ) ) | Date:  March 3, 2009<br>Time:  9:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from March 3, 2009 to March 31, 2009, and that time be excluded under the Speedy Trial Act between February 27, 2009 and March 31, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence.  The government produced discovery to counsel for defendant between December 4, 2008 and January 14, 2009.  The government will produce additional discovery on or about Monday, March 2, 2009.  Defense counsel needs additional time to review the discovery that has been produced and that will be produced, and to investigate this matter.  The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests

STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 31, 2009 AND TO EXCLUDE TIME
No. CR-08-00903 SBA

of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from March 3, 2009 to March 31, 2009 at 9:00 a.m., and that time between February 27, 2009 and March 31, 2009 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED:_2/27/09

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 31, 2009 AND TO EXCLUDE TIME
No. CR-08-00903 SBA