UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00903 SBA | |
| Plaintiff, ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JANUARY 26, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| v. ) ) | | |
| JUAN ANTONIO GARCIA, ) ) | | |
| Defendant. ) ) ) ) | Date:  October 20, 2009 Time:  10:00 a.m. Court: Hon. Saundra Brown Armstrong | |

The parties jointly requested that the hearing in this matter be continued from October 20, 2009 to January 26, 2010, and that time be excluded under the Speedy Trial Act between October 14, 2009 and January 26, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

The parties reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and submitted the proposed plea agreement to the Court on or about March 31, 2009. As described in the Government's Sentencing Memorandum filed on July 7, 2009, the parties are still working to determine the amount of restitution defendant may owe. Specifically, the parties are awaiting the preparation of final bills reflecting the costs of environmental testing,

1  remediation, and reconstruction for the house rented by defendant, which contained the
2  marijuana growing operation and the cocaine and methamphetamine processing operation.  To
3  allow the parties time to collect this information, and to allow time for the Court to consider the
4  proposed plea agreement, the parties requested that this matter be set on January 26, 2010 at
5  10:00 a.m. for change of plea and sentencing.  In light of the information still being collected,
6  the parties further stipulated and requested that the Court exclude time between the date of this
7  stipulation and January 26, 2010 under the Speedy Trial Act for effective preparation of counsel
8  and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  Additionally, since the proposed plea
9  agreement has been submitted to the Court, the parties stipulated and agreed that the time
10 between October 14, 2009 and January 26, 2010 should be excluded under the Speedy Trial Act
11 pursuant to 18 U.S.C. § 3161(h)(1)(G) for consideration by the Court of a proposed plea
12 agreement to be entered into by the defendant and the attorney for the government.

13   For these stated reasons, the Court finds that the ends of justice served by granting the
14 continuance outweigh the best interests of the public and defendant in a speedy trial.  Good
15 cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and
16 3161(h)(1)(G),

17   **IT IS HEREBY ORDERED** that the hearing in this matter is continued from October
18 20, 2009 to January 26, 2010 at 10:00 a.m., and that time between October 14, 2009 and January
19 26, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel,
20 taking into account the exercise of due diligence, and for consideration by the Court of a
21 proposed plea agreement to be entered into by the defendant and the attorney for the
22 government.

23

24 DATED:10/15/09                                      _____
                                                     HON. SAUNDRA BROWN ARMSTRONG
25                                                   United States District Judge

26

27

28

STIP. REQ. TO CONTINUE HEARING DATE TO JANUARY 26, 2010 AND TO EXCLUDE TIME
No. CR-08-00903 SBA