UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JUAN ANTONIO GARCIA,<br><br>  Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. CR-08-00903 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 22, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   May 11, 2010<br>Time:  10:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from May 11, 2010 to June 22, 2010, and that time be excluded under the Speedy Trial Act between May 5, 2010 and June 22, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government. United States Probation Officer Brian Casai has been informed of this request and is available on June 22, 2010.

The parties reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and submitted the proposed plea agreement to the Court on or about March 31, 2009. As described in the Government's Sentencing Memorandum filed on July 7, 2009, the parties are still working to determine the amount of restitution defendant may owe. Specifically,

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 22, 2010 AND TO EXCLUDE TIME
No. CR-08-00903 SBA

1  the defense has recently inspected the reconstructed house rented by defendant, which contained
2  the marijuana growing operation and the cocaine and methamphetamine processing operation.
3  Additionally, the defense has requested additional documentation of disbursements made by the
4  insurance company.  To allow the parties time to collect this information, and to allow time for
5  the Court to consider the proposed plea agreement, the parties requested that this matter be set on
6  June 22, 2010 at 10:00 a.m. for change of plea and sentencing (assuming the proposed plea
7  agreement is acceptable to the Court).  In light of the information still being collected, the parties
8  further stipulated and requested that the Court exclude time between the date of this stipulation
9  and June 22, 2010 under the Speedy Trial Act for effective preparation of counsel and pursuant
10 to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  Additionally, since the proposed plea agreement has
11 been submitted to the Court, the parties stipulated and agreed that the time between May 5, 2010
12 and June 22, 2010 should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §
13 3161(h)(1)(G) for consideration by the Court of a proposed plea agreement to be entered into by
14 the defendant and the attorney for the government.

15      For these stated reasons, the Court finds that the ends of justice served by granting the
16 continuance outweigh the best interests of the public and defendant in a speedy trial.  Good
17 cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and
18 3161(h)(1)(G),

19      **IT IS HEREBY ORDERED** that the hearing in this matter is continued from May 11,
20 2010 to June 22, 2010 at 10:00 a.m., and that time between May 5, 2010 and June 22, 2010 is
21 excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into
22 account the exercise of due diligence, and for consideration by the Court of a proposed plea
23 agreement to be entered into by the defendant and the attorney for the government.

25 DATED:5/6/10                           _____
                                         HON. SAUNDRA BROWN ARMSTRONG
26                                       United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 22, 2010 AND TO EXCLUDE TIME
No. CR-08-00903 SBA